UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
NEIGHBORHOOD CAPITAL BUDGET GROUP § Case No. 07-01802
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 07-01802　JHS　Judge: JOHN H. SQUIRES | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | Date Filed (f) or Converted (c): | 02/02/07 (f) |
| | | 341(a) Meeting Date: | 03/02/07 |
| For Period Ending: 07/15/11 | | Claims Bar Date: | 06/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bridgeview Bank-Checking Account | 780.77 | 640.58 | | 0.00 | FA |
| 2. Park National Bank-Checking Account | 14,804.00 | 14,804.09 | | 14,804.09 | FA |
| 3. Insurance Security Deposits | 918.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. Office Equipment | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. Office Supplies | 750.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. Refund-Costs (u) | 0.00 | 54.00 | | 54.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 141.54 | Unknown |

TOTALS (Excluding Unknown Values)　　$20,252.77　　$15,498.67　　　　$14,999.63

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/08　　Current Projected Date of Final Report (TFR): 06/30/11

LFORM1　　UST Form 101-7-TFR (10/1/2010) *(Page: 3)*　　　　　　　　　　　Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-01802   JHS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 07/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 03/11/07 | 6 | Timothy A. Barnes | Refund-Costs | 54.00 | | 54.00 |
| * 03/11/07 | 1 | Neighborhood Capital Budget Group, Inc. | Turnover-Checking Account | 640.58 | | 694.58 |
| 03/11/07 | 2 | Neighborhood Capital Budget Group | Turnover-Checking Account | 14,804.09 | | 15,498.67 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 7.00 | | 15,505.67 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 12.22 | | 15,517.89 |
| 05/08/07 | 000101 | International Sureties, Ltd.<br>203 Carondelet St.-Suite 500<br>New Orleans, LA  70130 | Blanket Bond Premium-Bond #01602645 | | 14.82 | 15,503.07 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 12.63 | | 15,515.70 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 12.22 | | 15,527.92 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 12.65 | | 15,540.57 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 12.65 | | 15,553.22 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate  0.750 | 9.50 | | 15,562.72 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate  0.750 | 9.51 | | 15,572.23 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate  0.650 | 7.98 | | 15,580.21 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate  0.500 | 7.14 | | 15,587.35 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.400 | 5.92 | | 15,593.27 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate  0.300 | 3.55 | | 15,596.82 |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 3.53 | | 15,600.35 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 3.07 | | 15,603.42 |
| 05/09/08 | 000102 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA  70139 | BOND # 016026455<br>Term 2/1/08 - 2/1/09 | | 16.15 | 15,587.27 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1.90 | | 15,589.17 |
| * 06/06/08 | 1 | Neighborhood Capital Budget Group, Inc. | Turnover-Checking Account<br>According to Bank, check not honored. | -640.58 | | 14,948.59 |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1.84 | | 14,950.43 |

Page Subtotals     14,981.40     30.97

LFORM2  UST Form 101-7-TFR (10/1/2010) *(Page: 4)*                                                                                              Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 07-01802 JHS | | Trustee Name: | Phillip D. Levey |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 07/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1.90 | | 14,952.33 |
| 08/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1.90 | | 14,954.23 |
| 09/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1.84 | | 14,956.07 |
| 10/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.100 | 1.45 | | 14,957.52 |
| 11/28/08 | 7 | BANK OF AMERICA | Interest Rate 0.100 | 1.22 | | 14,958.74 |
| 12/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 0.75 | | 14,959.49 |
| 01/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 0.12 | | 14,959.61 |
| 02/27/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 0.11 | | 14,959.72 |
| 03/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 0.13 | | 14,959.85 |
| 04/19/09 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | | 23.59 | 14,936.26 |
| 04/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.33 | | 14,936.59 |
| 05/29/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.38 | | 14,936.97 |
| 06/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.37 | | 14,937.34 |
| 07/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.38 | | 14,937.72 |
| 08/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.38 | | 14,938.10 |
| 09/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.37 | | 14,938.47 |
| 10/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.38 | | 14,938.85 |
| 11/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.37 | | 14,939.22 |
| 12/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.38 | | 14,939.60 |
| 01/29/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.38 | | 14,939.98 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.34 | | 14,940.32 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.39 | | 14,940.71 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.37 | | 14,941.08 |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 0.37 | | 14,941.45 |
| 05/31/10 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 | BLANKET BOND 2/1/10 - 2/1/11 | | 29.86 | 14,911.59 |

Page Subtotals    14.61    53.45

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01802   JHS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 |  |  |
| For Period Ending: | 07/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | NEW ORLEANS, LA  70139 |  |  |  |  |
| 06/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.37 |  | 14,911.96 |
| 07/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.38 |  | 14,912.34 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.38 |  | 14,912.72 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.37 |  | 14,913.09 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.38 |  | 14,913.47 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.37 |  | 14,913.84 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.38 |  | 14,914.22 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 0.38 |  | 14,914.60 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 0.11 |  | 14,914.71 |
| 03/08/11 | 000105 | International Sureties, Ltd. | Blanket Bond Premium |  | 9.10 | 14,905.61 |
|  |  | 701 Poydras Street - Suite 420 |  |  |  |  |
|  |  | New Orleans, LA  70139 |  |  |  |  |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 0.13 |  | 14,905.74 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 0.12 |  | 14,905.86 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 0.13 |  | 14,905.99 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 0.12 |  | 14,906.11 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 14,999.63 | 93.52   14,906.11 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 14,999.63 | 93.52 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 14,999.63 | 93.52 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - *******2148 | 14,999.63 | 93.52 | 14,906.11 |
|  | 14,999.63 | 93.52 | 14,906.11 |
|  | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     3.62     9.10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 07-01802   JHS | Trustee Name: | Phillip D. Levey |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 | | |
| For Period Ending: | 07/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********2148      Transfers)      To Debtors)      On Hand

Page Subtotals      0.00      0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-01802
Case Name: NEIGHBORHOOD CAPITAL BUDGET GROUP
Trustee Name: Phillip D. Levey

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Jacqueline C. Leavy 826 S. Highland Avenue Oak Park, IL 60304 | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Comet Messenger Service 1316 South Michigan Avenue Chicago, IL 60605 | $ | $ | $ |
| 000002 | Bravos & Associates Certified Public Accountants c/o Thomas Wm. Bravos, CPA 324 Ridgewood Drive Bloomingdale, Illinois 60108 | $ | $ | $ |

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Citicorp Vendor Finance, Inc.<br>3950 Regent Blvd<br>Mail Stop S2B-230<br>Irving, TX 75063 | $ | $ | $ |
| 000004 | US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000005A | Jacqueline C. Leavy<br>826 S. Highland Avenue<br>Oak Park, IL 60304 | $ | $ | $ |
| 000006 | Community Renewal Society<br>332 S. Michigan Avenue, Suite 500<br>Chicago, Illinois 60604-4319 | $ | $ | $ |
| 000007 | Pawan Kumar<br>2212 N. Western Avenue<br>Park Ridge, IL 60068 | $ | $ | $ |
| 000008 | Bridgeview Bank<br>c/o Christopher Jenkins<br>Commercial Credit Analyst<br>4753 N. Broadway<br>Chicago, Illinois 60640 | $ | $ | $ |
| 000009 | RN Realty<br>c/o Friedman & Wexler LLC<br>500 W. Madison Street, Suite 2910<br>Chicago, IL 60661 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE