UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN DIVSION  DIVISION

In re: §
§
NEIGHBORHOOD CAPITAL BUDGET § Case No. 07-01802
GROUP
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/11/2011 in Courtroom 680,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____
Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVSION DIVISION

In re: §
§
NEIGHBORHOOD CAPITAL BUDGET § Case No. 07-01802
GROUP
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 14,999.63 |
| and approved disbursements of | $ | 93.52 |
| leaving a balance on hand of[1] | $ | 14,906.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 2,249.96 | $ 0.00 | $ 2,249.96 |
| Trustee Expenses: Phillip D. Levey | $ 22.01 | $ 0.00 | $ 22.01 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,435.50 | $ 0.00 | $ 1,435.50 |
| Other: International Sureties, Ltd. | $ 9.10 | $ 9.10 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    3,707.47
Remaining Balance    $    11,198.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,765.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Jacqueline C. Leavy<br>826 S. Highland Avenue<br>Oak Park, IL 60304 | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 620.00 | $ 0.00 | $ 620.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 145.00 | $ 0.00 | $ 145.00 |

Total to be paid to priority creditors $ 10,765.00

Remaining Balance $ 433.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,677.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Comet Messenger Service<br>1316 South Michigan Avenue<br>Chicago, IL 60605 | $ 24.26 | $ 0.00 | $ 0.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Bravos & Associates Certified Public Accountants c/o Thomas Wm. Bravos, CPA 324 Ridgewood Drive Bloomingdale, Illinois 60108 | $ 3,100.00 | $ 0.00 | $ 13.09 |
| 000003 | Citicorp Vendor Finance, Inc. 3950 Regent Blvd Mail Stop S2B-230 Irving, TX 75063 | $ 31,890.05 | $ 0.00 | $ 134.68 |
| 000004 | US Bank/Retail Payment Solutions PO Box 5229 Cincinnati, OH 45201 | $ 3,574.99 | $ 0.00 | $ 15.10 |
| 000005A | Jacqueline C. Leavy 826 S. Highland Avenue Oak Park, IL 60304 | $ 26,666.72 | $ 0.00 | $ 112.62 |
| 000006 | Community Renewal Society 332 S. Michigan Avenue, Suite 500 Chicago, Illinois 60604-4319 | $ 9,234.00 | $ 0.00 | $ 39.00 |
| 000007 | Pawan Kumar 2212 N. Western Avenue Park Ridge, IL 60068 | $ 2,800.00 | $ 0.00 | $ 11.83 |
| 000008 | Bridgeview Bank c/o Christopher Jenkins Commercial Credit Analyst 4753 N. Broadway Chicago, Illinois 60640 | $ 17,518.03 | $ 0.00 | $ 73.98 |
| 000009 | RN Realty c/o Friedman & Wexler LLC 500 W. Madison Street, Suite 2910 Chicago, IL 60661 | $ 7,869.37 | $ 0.00 | $ 33.24 |

Total to be paid to timely general unsecured creditors      $            433.64

Remaining Balance                                           $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 07-01802-JHS
The Neighborhood Capital Budget Group                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: esullivan            Page 1 of 2              Date Rcvd: Jul 18, 2011
                               Form ID: pdf006            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2011.
db         +The Neighborhood Capital Budget Group,   332 S. Michigan Ave.,   Suite 500,
             Chicago, IL 60604-4319
aty        +Timothy A. Barnes,   Curtis, Mallet-Prevost, Colt & Mosle LLP,   101 Park Ave.,
             New York, NY 10178-0002
tr         +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
11157625   +AT&T,   c/o CT Corporation System,   208 S. LaSalle St., Suite 814,
             Chicago, Illinois 60604-1101
11157623   +Alfred P. Sloan Foundation,   c/o Ted Greenwood,   Citizen Assessment of Government Perform,
             630 Fifth Avenue,   Suite 2550,   New York, NY 10111-2596
11157624   +Alphawood Foundation,   c/o Laura Samson, Executive Director,   2451 N. Lincoln Avenue, Suite 205,
             Chicago, IL 60614-2422
11157626   +Blue Marble Geographics,   The Geographic Software Tool Company,   345 Water Street,
             Gardiner, Maine 04345-2160
11157627   +Bravos & Associates Certified Public Accountants,   c/o Thomas Wm. Bravos, CPA,
             324 Ridgewood Drive,   Bloomingdale, Illinois 60108-2532
11157631   +Charter One Foundation,   c/o Allen A. Rodriguez,   Senior Vice President, Community Affairs,
             71 S. Wacker Drive, 29th Floor,   Chicago, IL 60606-4637
11157633   +Chicago Community Trust,   c/o Phillip Thomas,   Program Officer,
             111 East Wacker Drive, Suite 1400,   Chicago, IL 60601-4501
11157634   +Chicago Records Management, Inc,   263 N. York Rd. Suite 201,   Elmhurst, Illinois 60126-2758
11157635   +Chicago Records Management, Inc.,   3815 Carnation Street,   Franklin Park, IL 60131-1201
11157637    CitiBusiness Platinum Select Card,   P.O. Box 45166,   Jacksonville, FL 32232-5166
11157638   +Citicorp Vendor Finance, Inc.,   3950 Regent Blvd,   Mail Stop S2B-230,   Irving, TX 75063-2244
11157640   +Comet Messenger Service,   1316 South Michigan Avenue,   Chicago, IL 60605-2602
11157641    Community Renewal Society,   332 S. Michigan Avenue, Suite 500,   Chicago, Illinois 60604-4319
11157642   +Constant Contact,   Reservoir Place,   1601 Trapelo Road, Suite 246,   Waltham, MA 02451-7357
11157643   +Fifth Third Foundation,   c/o Lisa Peeples,   Fifth Third Bank, Chicago,
             1701 W. Golf Road ? Tower 1 ? MD GRLM6D,   Rolling Meadows, IL 60008-4207
11157644   +GoDaddy.com,   14455 N. Hayden Road,   Suite 219,   Scottsdale, AZ 85260-6947
11157645   +GoToMyPC,   c/o Citrix Systems, Inc.,   3010 Highland Pkwy.,   Downers Grove, Illinois 60515-5545
11157652   +Jacqueline C. Leavy,   826 S. Highland Avenue,   Oak Park, IL 60304-1529
11157647   +John Paul Jones,   2113 West 71st Street,   Chicago, IL 60636-3617
11157649   +KMBJ U.S.A., Inc.,   13847 Collections Center Drive,   Chicago, IL 60693-0138
11157648   +Konica-Minolta Business Solutions USA, Inc.,   100 Williams Drive,   Ramsey, NJ 07446-2907
11157651    LaSalle Bank N.A.,   c/o Robert Grossinger,   Senior Vice President, Civic & Community,
             130 S. LaSalle Street,   Chicago, IL 60603
11157653   +My Favorite Muffin,   208 S. La Salle St.,   Chicago, Illinois 60604-1000
11157654   +OfficeMax,   c/o CT Corporation System,   208 S. LaSalle St., Suite 814,
             Chicago, Illinois 60604-1101
11157650   +Pawan Kumar,   2212 N. Western Avenue,   Park Ridge, IL 60068-1038
11157655   +Pitney Bowes,   c/o CT Corporation System,   208 S. LaSalle St., Suite 814,
             Chicago, Illinois 60604-1101
11157656    Pitney Bowes Credit Corp.,   c/o LTD Financial Services, L.P.,
             7322 Southwest Freeway, Suite 1600,   Houston, Texas 77074-2053
11157657   +Polk Bros. Foundation,   c/o Suzanne Doornbos Kerbow,   Associate Director,
             20 West Kinzie Street, Suite 1110,   Chicago, IL 60654-5815
11465140   +RN REALTY, LLC,   500 W. Madison St.,suite 2910,   Chicago, IL 60661-4571
11157661   +RN Realty,   c/o Friedman & Wexler LLC,   500 W. Madison Street, Suite 2910,
             Chicago, IL 60661-4571
11157660   +RN Realty,   180 N. LaSalle St. Suite 2700,   Chicago, Illinois 60601-2709
11157659   +RealOne,   c/o RealNetworks, Inc.,   2601 Elliott Avenue,   Seattle, WA 98121-3307
11157663   +Safeco Business Insurance,   c/o Bob Sommers,   Rummel Associates, Inc,
             180 N. LaSalle St, Suite 3100,   Chicago, IL 60601-2814
11157665    T-Mobile,   PO Box 790047,   St. Louis, MO 63179-0047
11157664   +T-Mobile,   T-Mobile Bankruptcy Team,   PO Box 53410,   Bellevue, Washington 98015-3410
11157666   +Tampico Press,   1919 S. Blue Island Ave.,   Chicago, Illinois 60608-3014
11157667    Turner Construction Company Foundation,   c/o Jen Le & Sam Boye, Co-Chairs,
             56 East Monroe Street,   Suite 3100,   Chicago, IL 60603
11157668   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   U.S. Bancorp Center,   800 Nicollet Mall,
             Minneapolis, Minnesota  55402)
11157669   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    P.O. Box 6353,   Fargo, ND 58125-6353)
11290587   +US Bank/Retail Payment Solutions,   PO Box 5229,   Cincinnati, OH 45201-5229
11157671   +Webhost4life,   2550 Corporate Place Suite c105,   Monterey Park, CA 91754-7637
11157670   +Webhost4life,   Uni Marketing Alliance, Inc.,   2550 Corporate Place Suite c105,
             Monterey Park, CA 91754-7637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11157628   +E-mail/Text: kevin.ameriks@bridgeviewbank.com Jul 19 2011 00:02:21     Bridgeview Bank,
             7940 S. Harlem Ave.,   Bridgeview, Illinois 60455-1598
11157629   +E-mail/Text: kevin.ameriks@bridgeviewbank.com Jul 19 2011 00:02:21     Bridgeview Bank,
             c/o Christopher Jenkins,   Commercial Credit Analyst,   4753 N. Broadway,
             Chicago, Illinois 60640-5266

```
District/off: 0752-1              User: esullivan             Page 2 of 2                Date Rcvd: Jul 18, 2011
                                  Form ID: pdf006             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11157646     +E-mail/Text: Lynette.T.Smith@Illinois.gov Jul 19 2011 00:03:00
               Illinois Workers? Compensation Commission,   Attn: Ms. Maria Sarli-Dehlin,
               Office of Self-Insurance Administration,   100 W. Randolph Street, 8th Floor,
               Chicago, Illinois 60601-3218
11157658     +E-mail/Text: bankruptcy@pb.com Jul 19 2011 00:00:00       Purchase Power,    P.O. Box 856042,
               Louisville, KY 40285-6042
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
11157630    ##+Cartridge World,   703 Lake Street,   Oak Park, Illinois 60301-1406
11157632     ##Chicago Community Organizing Cooperative,   P.O. Box 257697,   Chicago, Illinois 60625-7697
11157636     ##CitiBusiness Card,   P.O. Box 45205,   Jacksonville, Florida 32232-5205
11157639    ##+Citicorp Vendor Finance, Inc.,   c/o James V. Noonan,   Patrick J. McCann,
               Noonan & Lieberman, Ltd.,   105 W. Adams, Suite 3000,   Chicago, IL 60603-6228
11157662     ##Safeco Business Insurance,   PO Box 66768,   St. Louis, MO 63166-6768
                                                                                 TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2011**               **Signature:**   *Joseph Speetjens*