UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| NEIGHBORHOOD CAPITAL BUDGET GROUP | § § | Case No. 07-01802 |
| | § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 000005B | JACQUELINE C. LEAVY | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | BRAVOS & ASSOCIATES CERTIFIED PUBLI | | | | | |
| 000008 | BRIDGEVIEW BANK | | | | | |
| 000003 | CITICORP VENDOR FINANCE, INC. | | | | | |
| 000001 | COMET MESSENGER SERVICE | | | | | |
| 000006 | COMMUNITY RENEWAL SOCIETY | | | | | |
| 000005A | JACQUELINE C. LEAVY | | | | | |
| 000007 | PAWAN KUMAR | | | | | |
| 000009 | RN REALTY | | | | | |
| 000004 | US BANK/RETAIL PAYMENT SOLUTIONS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-01802 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | | Date Filed (f) or Converted (c): | 02/02/07 (f) |
| | | | | 341(a) Meeting Date: | 03/02/07 |
| For Period Ending: | 02/17/12 | | | Claims Bar Date: | 06/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bridgeview Bank-Checking Account | 780.77 | 640.58 | | 0.00 | FA |
| 2. Park National Bank-Checking Account | 14,804.00 | 14,804.09 | | 14,804.09 | FA |
| 3. Insurance Security Deposits | 918.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. Office Equipment | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. Office Supplies | 750.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. Refund-Costs (u) | 0.00 | 54.00 | | 54.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 141.73 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $20,252.77  $15,498.67  $14,999.82  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/08     Current Projected Date of Final Report (TFR): 06/30/11

LFORM1  Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-01802 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 02/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/07 | 6 | Timothy A. Barnes | Refund-Costs | 1290-000 | 54.00 | | 54.00 |
| * 03/11/07 | 1 | Neighborhood Capital Budget Group, Inc. | Turnover-Checking Account | 1121-003 | 640.58 | | 694.58 |
| 03/11/07 | 2 | Neighborhood Capital Budget Group | Turnover-Checking Account | 1121-000 | 14,804.09 | | 15,498.67 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 7.00 | | 15,505.67 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.22 | | 15,517.89 |
| 05/08/07 | 000101 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 14.82 | 15,503.07 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.63 | | 15,515.70 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.22 | | 15,527.92 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.65 | | 15,540.57 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.65 | | 15,553.22 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.50 | | 15,562.72 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.51 | | 15,572.23 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 7.98 | | 15,580.21 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 7.14 | | 15,587.35 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 5.92 | | 15,593.27 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 3.55 | | 15,596.82 |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.53 | | 15,600.35 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.07 | | 15,603.42 |
| 05/09/08 | 000102 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 16.15 | 15,587.27 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.90 | | 15,589.17 |
| * 06/06/08 | 1 | Neighborhood Capital Budget Group, Inc. | Turnover-Checking Account According to Bank, check not honored. | 1121-003 | -640.58 | | 14,948.59 |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.84 | | 14,950.43 |

Page Subtotals    14,981.40    30.97

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-01802 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2148 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 02/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.90 | | 14,952.33 |
| 08/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.90 | | 14,954.23 |
| 09/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.84 | | 14,956.07 |
| 10/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.45 | | 14,957.52 |
| 11/28/08 | 7 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.22 | | 14,958.74 |
| 12/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.75 | | 14,959.49 |
| 01/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,959.61 |
| 02/27/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,959.72 |
| 03/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,959.85 |
| 04/19/09 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 23.59 | 14,936.26 |
| 04/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 14,936.59 |
| 05/29/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,936.97 |
| 06/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,937.34 |
| 07/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,937.72 |
| 08/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,938.10 |
| 09/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,938.47 |
| 10/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,938.85 |
| 11/30/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,939.22 |
| 12/31/09 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,939.60 |
| 01/29/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,939.98 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.34 | | 14,940.32 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 14,940.71 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,941.08 |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,941.45 |
| 05/31/10 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 29.86 | 14,911.59 |

Page Subtotals   14.61   53.45

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-01802 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 02/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 14,911.96 |
| 07/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 14,912.34 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 14,912.72 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 14,913.09 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 14,913.47 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 14,913.84 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 14,914.22 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 14,914.60 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,914.71 |
| 03/08/11 | 000105 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 9.10 | 14,905.61 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,905.74 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,905.86 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,905.99 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,906.11 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,906.23 |
| 08/16/11 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 14,906.30 |
| 08/16/11 | | Transfer to Acct #*******5931 | Final Posting Transfer | 9999-000 | | 14,906.30 | 0.00 |

Page Subtotals       3.81       14,915.40

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-01802 -JPC |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP |
| Taxpayer ID No: | *******7411 |
| For Period Ending: | 02/17/12 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2148  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,999.82 | 14,999.82 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 14,906.30 | |
| | | | Subtotal | | 14,999.82 | 93.52 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,999.82 | 93.52 | |

Page Subtotals      0.00      0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-01802 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 02/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******2148 | Transfer In From MMA Account | 9999-000 | 14,906.30 | | 14,906.30 |
| 10/04/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,249.98 | 12,656.32 |
| 10/04/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 22.01 | 12,634.31 |
| 10/04/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,435.50 | 11,198.81 |
| 10/04/11 | 000104 | Jacqueline C. Leavy<br>826 S. Highland Avenue<br>Oak Park, IL 60304 | Claim 000005B, Payment 100.00000% | 5300-000 | | 6,135.00 | 5,063.81 |
| 10/04/11 | 000105 | INTERNAL REVENUE SERVICE | FICA | 5300-000 | | 420.00 | 4,643.81 |
| 10/04/11 | 000106 | INTERNAL REVENUE SERVICE | FICA EMPLOYER | 5800-000 | | 620.00 | 4,023.81 |
| 10/04/11 | 000107 | ILLINOIS DEPARTMENT OF REVENUE | ILLINOIS WITHHOLDING TAX | 5300-000 | | 500.00 | 3,523.81 |
| 10/04/11 | 000108 | INTERNAL REVENUE SERVICE | FEDERAL WITHHOLDING TAX | 5300-000 | | 2,800.00 | 723.81 |
| 10/04/11 | 000109 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 145.00 | 578.81 |
| 10/04/11 | 000110 | INTERNAL REVENUE SERVICE | MEDICARE EMPLOYER | 5800-000 | | 145.00 | 433.81 |
| 10/04/11 | 000111 | Clerk, United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL | Claim 000001, Payment 0.41220%<br>Comet Messenger Service<br>1316 South Michigan Avenue<br>Chicago, IL 60605 | 7100-000 | | 0.10 | 433.71 |
| 10/04/11 | 000112 | Bravos & Associates Certified Public Accountants<br>c/o Thomas Wm. Bravos, CPA<br>324 Ridgewood Drive<br>Bloomingdale, Illinois 60108 | Claim 000002, Payment 0.42258% | 7100-000 | | 13.10 | 420.61 |
| 10/04/11 | 000113 | Citicorp Vendor Finance, Inc.<br>3950 Regent Blvd<br>Mail Stop S2B-230 | Claim 000003, Payment 0.42248% | 7100-000 | | 134.73 | 285.88 |

Page Subtotals    14,906.30    14,620.42

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-01802 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7411 | | | |
| For Period Ending: | 02/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($) | Disbursements ($) |
| 10/04/11 | 000114 | Irving, TX 75063<br>US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | Claim 000004, Payment 0.42238%<br>(4-1) Unsecured Credit Card | 7100-900 | | 15.10 | 270.78 |
| 10/04/11 | 000115 | Jacqueline C. Leavy<br>826 S. Highland Avenue<br>Oak Park, IL 60304 | Claim 000005A, Payment 0.42251% | 7100-000 | | 112.67 | 158.11 |
| 10/04/11 | 000116 | Community Renewal Society<br>332 S. Michigan Avenue, Suite 500<br>Chicago, Illinois 60604-4319 | Claim 000006, Payment 0.42246% | 7100-000 | | 39.01 | 119.10 |
| 10/04/11 | 000117 | Pawan Kumar<br>2212 N. Western Avenue<br>Park Ridge, IL 60068 | Claim 000007, Payment 0.42250% | 7100-000 | | 11.83 | 107.27 |
| 10/04/11 | 000118 | Bridgeview Bank<br>c/o Christopher Jenkins<br>Commercial Credit Analyst<br>4753 N. Broadway<br>Chicago, Illinois 60640 | Claim 000008, Payment 0.42254% | 7100-000 | | 74.02 | 33.25 |
| 10/04/11 | 000119 | RN Realty<br>c/o Friedman & Wexler LLC<br>500 W. Madison Street, Suite 2910<br>Chicago, IL 60661 | Claim 000009, Payment 0.42252% | 7100-000 | | 33.25 | 0.00 |

Page Subtotals 0.00 285.88

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-01802 -JPC |
| Case Name: | NEIGHBORHOOD CAPITAL BUDGET GROUP |
| Taxpayer ID No: | *******7411 |
| For Period Ending: | 02/17/12 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,906.30 | 14,906.30 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 14,906.30 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,906.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 14,906.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********2148 | 14,999.82 | 93.52 | 0.00 |
| Checking Account (Non-Interest Earn - ********5931 | 0.00 | 14,906.30 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 14,999.82 | 14,999.82 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*